# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| VICTOR BRISENO, and<br>PAULA BRISENO,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 08-74 L<br><br>Judge Lynn J. Bush |

## ENTRY OF APPEARANCE

To the Court, the parties, and their attorneys of record:

**PLEASE NOTE** that, pursuant to Rule 83.1(c)(3) of the Rules of the United States Court of Federal Claims, Mark S. Barron has entered an appearance as counsel for the United States in this matter. Service of all papers should be made to Mr. Barron at the following address:

<u>U.S. Mail</u>:

Mark S. Barron
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044-0663

<u>Street Address for FED-EX and Courier</u>:

Mark S. Barron
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
601 D Street NW, Suite 3127
Washington, D.C. 20004

<u>Telephone</u>: (202) 305-0490
<u>Facsimile</u>: (202) 305-0506
<u>Email</u>: mark.barron@usdoj.gov

Respectfully submitted this 4th day of April, 2008,

RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

By: *_/s/ Mark. S. Barron_*

MARK S. BARRON, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044
Tel. (202) 305-0490/ Fax (202) 305-0506
mark.barron@usdoj.gov

*Attorneys for the United States*