# In the United States Court of Federal Claims

**NOTICE**

**VICTOR BRISENO and**
**PAULA BRISENO**

**No. 08-74 L**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., April 7, 2008**

To Attorney of Record, Assistant Attorney General, and Judge Bush:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed April 4, 2008, for enlargement of time to respond to the complaint

the following order by the Acting Clerk:

**ALLOWED.**

John S. Buckley
ACTING CLERK OF COURT