# EXHIBIT 1

# DECISION MEMO

## La Jara Fuels Reduction Project

**USDA Forest Service**
**Cibola National Forest**
**Mt. Taylor Ranger District**
**Cibola County, New Mexico**

It is my decision to thin 750 acres of small diameter (1"-12" diameter breast height) Ponderosa Pine, Piñon and Juniper for the purpose of reducing the risk of catastrophic fire in the wildland urban interface and improving forest health and vigor. The project is located in the following area: along Forest Road 49 adjacent to the La Jara Subdivision and south of the La Jara Subdivision to a two track road going from Forest Road 49 to Malpais Spring Area north of the La Jara Subdivision boundary to Forest Road 49, T10N, R11W, section 7,8,17,18, and 19; T10N, R12W, section 12, 13 and 24. The project area is located 10 miles southwest of Grants, New Mexico in the Zuni Mountains.

This decision fits Category # 6 (FSH 1909.15, Chapter 31.2) and does not include any extraordinary circumstances (FSH 1909.15, Chapter 30.3); therefore I have excluded this action from preparation of an Environmental Assessment or Environmental Impact Statement.

This project is located within Management Area 8 and is in compliance with the Cibola Forest Plan.

The project was discussed in an interdisciplinary setting. The project was discussed during a public meeting for hazardous fuels reduction around Wildland Urban Interface area on November 30, 2000.

Previously closed or decommissioned (obliterated) roads used by the public and any non-system travel-ways created by the public, as a result of this project or which result from associated project activities, will be closed and /or decommissioned as a part of this project. The closure and/or decommissioning will be consistent with Best Management Practices.

An archeological survey will not be done because trees will be cut by hand with no burning after the mechanical treatment. The District archeologist has determined this project to be a non-undertaking.

A Biological Assessment and Evaluation (BAE) and a Neotropical Migratory Bird Analysis (NTMBA) (Report # 02-007) have been prepared for this project and are on file at the Mt. Taylor Ranger District Office. The BAE concludes that this project will have no effect on any threatened, endangered or proposed species. The NTMBA concludes that no significant effects will occur to the Highest Priority Migratory Birds identified in the New Mexico Bird Conservation Plan prepared by New Mexico Partners in Flight from this project. A Management Indicator Species (MIS) Effects analysis was also prepared for this project and is on file at the Mt. Taylor Ranger District Office.

The Forest Silviculturist has certified that no irreversible resource damage to soils and watershed resources will occur. This certification is on file at the Mt. Taylor Ranger District Office.

This decision, pursuant to 36 CFR 215.8 (a)(4) is not subject to appeal and may implemented immediately. For further information regarding this project, contact Chuck Hagerdon or John Burfiend at (505) 287-8833

Chuck Hagerdon 30 Sep 02
Chuck Hagerdon
District Ranger

Date

EXHIBIT
1

# EXHIBIT
# 2

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPRO
OMB NO.
1105-0008
EXPIRES 4-30-

1. Submit To Appropriate Federal Agency:
U.S. Department of Agriculture
Forest Service Cibola National Forest
2113 Osuna Rd. N.E. Suite A
Albuquerque, NM 87113-1001 (Attn: Andy Cooper)

2. Name, Address of claimant and claimant's personal representa (See instructions on reverse.) (Number, street, city, State and
Victor and Paula Briseno
P.O. Box 7248
Grants, NM 87020

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 1-7-68 | Married | Friday, June 13, 2003 | approx 2:00 p |

8. Basis of Claim *(State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurence and the cause thereof) (Use additional pages if necessary.)*

On June 13, 2003 the Forest serice hot shot crew crossed over there own orange forest Service property boundry markers onto our private property and cut down 139 trees ranging from 3' to 37' tall. The forest serv had re-surveyed the area the year before and clearly marked the boundrys: The crew cut trees 6' from one boundry marker + 8' on the other side of the marker. Clearly crossing there own boundry marke

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT *(Number, street, city, State, and Zip Code)*
Same as above

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. *(See instructi on reverse side.)* 139 Ponderosa Pines cut down on approximatly 3 acres of land located on forest Rd. 49 just below LaJara Subdivision.

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STA NAME OF INJURED PERSON OR DECEDENT.
None

RECEIVED JUL 16 2004 Budget & Finance

11. **WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Phyllis and Leroy Miller | P.O. Box 336 Grants, NM 87020 |

12. *(See instructions on reverse)* **AMOUNT OF CLAIM** *(in dollars)*

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL *(Failure to specify may cause forfeiture of your rights.)* |
|---|---|---|---|
| $19,705.00 | 0 | 0 | $ 19,705.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SA AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT *(See instructions on reverse side.)* | 13b. Phone number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| Paula Briseno + Vi[signature] | (505) 783-4498 | 7-13-04 |

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM**
The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. *(See 31 U.S.C. 3729.)*

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE**
Fine of not more than $10,000 or impriso or both. *(See 18 U.S.C. 287, 1001.)*

EXHIBIT
2

95-107
*Previous editions not usable.*

NSN 7540-00-634-4046

STA
PRE

## PRIVACY ACT NOTICE

is Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), concerns the information requested in the letter to which this Notice is attached.

ority: The requested information is solicited pursuant to one or more of the 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 .R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## INSTRUCTIONS

**Complete all items - Insert the word NONE where applicable**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

ny instructions or information necessary in the preparation of your claim will be ished, upon request, by the office indicated in item #1 on the reverse side. nplete regulations pertaining to claims asserted under the Federal Tort Claims Act be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have ished supplemental regulations also. If more than one agency is involved, please e each agency.

e claim may be filed by a duly authorized agent or other legal representative, ided evidence satisfactory to the Government is submitted with said claim blishing express authority to act for the claimant. A claim presented by an agent or l representative must be presented in the name of the claimant. If the claim is ed by the agent or legal representative, it must show the title or legal capacity of person signing and be accompanied by evidence of his/her authority to present a n on behalf of the claimant as agent, executor, administrator, parent, guardian or r representative.

claimant intends to file claim for both personal injury and property damage, claim st be shown in item 12 of this form.

e amount claimed should be substantiated by competent evidence as follows:

In support of the claim for personal injury or death, the claimant should submit itten report by the attending physician, showing the nature and extent of injury, nature and extent of treatment, the degree of permanent disability, if any, the nosis, and the period of hospitalization, or incapacitation, attaching itemized bills nedical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

**Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.**

## INSURANCE COVERAGE

der that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

Do you carry accident insurance? ☐ Yes, If yes, give name and address of insurance company *(Number, street, city, State, and Zip Code)* and policy number. ☐ No

No

Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?

No

17. If deductible, state amount

None

f claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? *(It is necessary that you ascertain these facts)*

None

Do you carry public liability and property damage insurance? ☐ Yes, If yes, give name and address of insurance carrier *(Number, street, city, State, and Zip Code)* ☐ No

No

# EXHIBIT
# 3

United States Department of Agriculture

Office of the General Counsel

P.O. Box 586
Albuquerque, NM 87103-0586
(505) 248-6010
FAX 248-6013

December 20, 2004

Victor and Paula Briseno
P.O. Box 7248
Grants, NM 87020

RE: Property Damage Claim against the USDA Forest Service

Dear Mr. and Mrs. Briseno:

I have reviewed the information submitted with the tort claim in the amount of $19,705.00 you filed with the USDA Forest Service. Unfortunately, the documentation submitted with the claim does not support an award in the amount you have requested.

Under New Mexico law, the measure of damages for injuries to real property is determined by comparing the difference between the fair market value of the property before and after the damage took place. Where temporary damage results to the surface estate, but it can be repaired, then the damages are the cost of repair or restoration only to the extent that the cost of restoration does not exceed the value of the property. The justification you have provided for the amount of damages you seek only relates to the actual replacement of the trees which were cut. This amount far exceeds the fair market value of the approximately three acres involved.

At this time, I can only offer you $218.00 in settlement of this claim. This amount was determined by calculating the total stumpage value of the trees which were cut ($458.00) and then subtracting the value of the material as firewood ($240.00). I understand that Forest Service employees cut and stacked this wood next to your residence at your request.

If you can provide me with any additional information related to the fair market value of the property before and after this incident, I will gladly reconsider this claim. If you have any questions regarding this matter, please do not hesitate to call me at (505) 248-6006.

EXHIBIT
3

Sincerely,

Mary Ann Joca

MARY ANN JOCA
Assistant Regional Attorney

cc: Hilda Hanson
Regional Claims Officer
USDA Forest Service

# EXHIBIT
# 4

BILL KEELER BRAD KEELER

# Keeler & Keeler
LAW OFFICE
Limited Liability Partnership

June 15, 2005

Mary Ann Joca
Assistant Regional Attorney
P.O. Box 586
Albuquerque, NM 87103-0586

**RE: Property Damage Claim against the USDA Forest Service**
**Our Clients: Victor and Paula Briseno**

Dear Mary Ann:

This will serve as a follow-up to our June 15, 2005 conversation regarding the above referenced claim. We agreed that the Statute of Limitations for this claim had not begun to run because a denial letter had not been sent to Mr. and Mrs. Briseno by your office. I indicated to you I would try and get additional information for you to consider regarding far market value of the property before and after the incident in lieu of filing suit. If this is not your understanding of the conversation, please notify me immediately.

Thank you again for your help and I look forward to working with you to try and resolve this matter.

Truly yours,

William R. Keeler

WRK/rr
cc: Victor and Paula Briseno

EXHIBIT
4

108 East Aztec Avenue • Gallup • NM • 87301
Phone: 505-722-5608 • Toll-free: 800-516-1002 • Fax: 505-722-5614 • E-mail: info@keelerandkeeler.com