**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **VICTOR BRISENO and PAULA BRISENO,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **vs.** | § | **No. 08-74 L** |
| | § | |
| **THE UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Defendants.** | § | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2008, I electronically transmitted Plaintiffs' Combined Response and Memorandum of Law in Opposition to the United States of America's Motion to Dismiss (Document No. 9) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

Name: Mark S. Barron
Address: United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington, D.C. 20044-0663
Email: mark.barron@usdoj.gov

By: *s/ William R. Keeler*
William R. Keeler, Esq.
Keeler & Keeler, LLP
104 E. Aztec Ave.
Gallup, NM 87301
Phone (505) 722-5608
Fax (505) 722-5614
billkeeler@keelerandkeeler.com
*Attorney for Plaintiff*